**Juan Carlos ESTRADA–LUIS, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–71828.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 21, 2011.

Michael S. Cabrera, Esquire, Law Offices of Michael S. Cabrera, Huntington Park, CA, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Brooke Maurer, Trial, OIL, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

### MEMORANDUM **

Juan Carlos Estrada–Luis, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") decision denying his motion to reopen deportation proceedings conducted in absentia. We review for abuse of discretion, *Arrieta v. INS,* 117 F.3d 429, 430 (9th Cir.1997), and we deny the petition for review.

The IJ did not abuse his discretion in denying Estrada–Luis' motion to reopen where the record contains a certified mail receipt for the notice of hearing bearing Estrada–Luis' signature, and Estrada–Luis failed to address this evidence in his affidavit. *See Arrieta,* 117 F.3d 429 at 431–32 (rebuttal of the strong presumption of effective service arising from notice by certified mail requires showing of nondelivery or improper delivery by the Postal Service); *Matter of Grijalva,* 21 I. & N. Dec. 27, 37 (BIA 1995).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).